IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Henry Lee Jack III #170148
Full name and prison number
of plaintiff(s)

v.

Off. K. Thomas & Off. A. Barber

_____

_____

_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:06-CV-887-MEF
(To be supplied by Clerk of
U.S. District Court)

RECEIVED
2006 OCT -3 A 9:13

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Henry Lee Jack III #170148

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         Federal Court Middle District

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Kilby Correctional Facility*

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED
*Kilby Correctional Facility*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS

1. *Off. K. Thomas COI   Kilby Correctional Facility P.O. Box 150 MT. Meigs AL 36057*
2. *Off. A. Barber COI   Kilby Correctional Facility P.O. Box 150 MT. Meigs, AL 36057*
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *9/22/06*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Cruel & Unusual Punishment*

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On 9/22/06 - OFF. K. Thomas COI Did Refuse to Let inmates in The North Dorm use the Telephone while assigned to The Cubicle. The officer K. Thomas COI has a Very Nasty attitude and has previously caused

GROUND TWO: The Same Security Hazards 2 months ago while assigned in the same Cubicle, Officer K. Thomas COI

SUPPORTING FACTS: Did Call the Segregation Seg Unit on 9/22/06 - at approx 6:00 pm in which officer A. Barber Responded to the Seg Call at That point officer A. Barber Did punch me and shot me and Throw me up against A Brick Wall and Made Several Threatening accusations to me. Out of Code of Conduct

GROUND THREE: Officer K. Thomas COI has Been highly out of Conduct with unjust attitude problems

SUPPORTING FACTS: Out of Code of Conduct By abusing authority and also Causing and Creating Security problems and Hazards Between officers and inmates with her unjust attitude and personal problems Within The Kilby Correctional Facility.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I Would Like for The Federal Courts to Execute Criminal Charges Against Both Cited Officers and Have The Federal Courts to Order Warden Howell of Kilby Prison To Have me Transferred to Holman prison as approved as of 11 months ago. *Deny Lee Jolly #170148*

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 9/30/06 -
(Date)

*Deny Lee Jolly #170148*
Signature of plaintiff(s)

4