IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

HENRY LEE FORD, III, #170 148     *

    Plaintiff,     *

    v.     *     2:06-CV-887-MEF

K. THOMAS, *et al.*,     *

    Defendants.     *

_____

**O R D E R**

Plaintiff, an inmate incarcerated at the Kilby Correctional Facility in Mt. Meigs, Alabama, filed this 42 U.S.C. § 1983 action on October 3, 2006. He has not submitted the $350.00 filing fee nor has he filed motion for leave to proceed *in forma pauperis*. Plaintiff, therefore, will be granted additional time to provide the court with the information necessary for a determination of whether he should be allowed to proceed *in forma pauperis* in this cause of action.

Accordingly, it is ORDERED that:

1. On or before October 19, 2006 Plaintiff submit either the $350.00 filing fee or file the appropriate affidavit in support of a motion for leave to proceed *in forma pauperis*.[1] Plaintiff is cautioned that his failure to comply with this Order will result in a

---

[1] Plaintiff's motion for IFP status should be accompanied by a prison account statement from the account clerk at the Montgomery County Detention Facility showing the average monthly balance in his prison account for the 6-month period immediately preceding the filing of this complaint and the average monthly deposits to his account during the past six months.

recommendation by the undersigned that this case be dismissed; and

    2. The Clerk of Court shall MAIL to Plaintiff a form for use in filing a motion to proceed *in forma pauperis*.

    DONE, this 6th day of October, 2006.

                                                 /s/ Susan Russ Walker  
                                                 SUSAN RUSS WALKER  
                                                 UNITED STATES MAGISTRATE JUDGE