IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| HENRY LEE FORD, III, #170148, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-887-MEF |
| | ) |
| K. THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on November 2, 2006 (Doc. #3), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that this case is DISMISSED without prejudice for plaintiff's failure to comply with the order of this court.

DONE this the 15th day of November, 2006.

                                                   /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE